**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01651-LTB-KMT

KELLY MARTINDALE,

        Plaintiff,

v.

SILVERMAN & BORNENSTEIN PLLC,

        Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc 8 - filed September 7, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:  September 11, 2012